IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

BOBBY JAMES BROWN,

   *Defendant*.

Criminal Action No. ELH-00-0100

**MEMORANDUM**[1]

In 2001, Judge Andre Davis sentenced defendant Bobby Brown to a total term of life imprisonment plus thirty years.  ECF 170.  The sentence followed defendant's conviction by a jury in June 2001 on one count of conspiracy to distribute and possess with intent to distribute heroin and crack cocaine, in violation of 21 U.S.C. § 846, and two counts of using or carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c).  ECF 141.  And, at sentencing, Judge Davis applied the murder cross reference.  ECF 397 (transcript) at 29-32.  The Fourth Circuit affirmed.  ECF 215.

The case was reassigned to me on August 7, 2018.  *See* Docket.  On that date, defendant filed a post-conviction petition under 28 U.S.C. § 2255.  ECF 369.  And, through appointed counsel (ECF 376), defendant subsequently moved for a reduction of sentence pursuant to Section 404 of the First Step Act.  ECF 384.

---

[1] The parties are familiar with the factual and procedural history.  I incorporate here the factual and procedural summaries set forth in my Memorandum Opinion of March 16, 2020 (ECF 414) and October 28, 2021 (ECF 486), as well as the "Notice Regarding Criminal History Calculation," docketed June 11, 2025.  ECF 536.

By Memorandum Opinion of March 16, 2020 (ECF 414), I addressed the motions that were then pending. For the reasons stated, I reduced the defendant's total sentence from life imprisonment plus thirty years to a total term of 40 years. An Amended Judgment was docketed on April 2, 2020. ECF 422.

Thereafter, defendant filed a pro se motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *See* ECF 437, ECF 467. By Memorandum Opinion of October 28, 2021 (ECF 486), I further reduced defendant's sentence to a total of 37 years of imprisonment. *See also* ECF 487, ECF 488. Defendant noted an appeal. ECF 491. And, on May 27, 2022, the Fourth Circuit affirmed. ECF 496.

On November 20, 2023, Brown filed a "Motion For Reconsideration Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i)." ECF 520. And, he filed a supplement, with exhibits, docketed on January 31, 2024. ECF 524. The Federal Public Defender has declined to represent Mr. Brown. ECF 522. The government opposes the motion for reconsideration. ECF 526. Brown replied. ECF 530. The motion is pending.

I agree with the government that, at this point, Mr. Brown is "simply seeking to wear the Court down . . . ." ECF 526 at 2. The Court has been very lenient in this case. For the reasons stated by the government in ECF 526, I shall deny the motion for reconsideration (ECF 520).

Through counsel, Brown also filed a "Motion To Correct Criminal History Calculation," docketed on April 9, 2025. ECF 532. The government's opposition is docketed at ECF 534. On June 11, 2025, the Court issued a "Notice Regarding Criminal History Calculation." ECF 536. In particular, the Court, for the benefit of defendant, made the Bureau of Prisons aware of defendant's revised criminal history category, in light of Amendment 821. *Id.*

On June 27, 2025, defendant filed a "Motion Of Clarification."  ECF 537.  In particular, Brown asks the Court to clarify his base offense level for Count One.  At the request of the Court (ECF 540), the government responded.  *See* ECF 541.  The government suggests that Mr. Brown has asked the Court to explain how it arrived at a determination of 10 years for the sentence imposed for Count One.  *See* ECF 541 at 3.

As the record reflects, the Court has issued two comprehensive opinions that speak for themselves.  As noted, one has been reviewed and upheld by the Fourth Circuit.  The Court declines to clarify further what has already been addressed by the Court.  Therefore, I shall deny ECF 537.

An Order follows.

Date:  August 12, 2025                              /s/
                                            Ellen L. Hollander
                                            United States District Judge